2nd Department. December 30, 1903.) Action by Ray Crook against Joseph Streimer. No opinion. Judgment of the Municipal Court affirmed, with costs.

CUDLIP v. NEW YORK EVENING JOURNAL PUB. CO. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Ellen B. Cudlip against the New York Evening Journal Publishing Company. No opinion. Motion denied.

CULLEN, Respondent, v. ALVORD, Sheriff, et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by John K. Cullen against William J. Alvord, as sheriff of Columbia county, and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CULLINAN. In re NEUS. (Supreme Court, Appellate Division, First Department. December 11, 1903.) In the matter of Patrick W. Cullinan. In the matter of Lena Neus. No opinion. Motion denied.

In re CULLINAN. In re NEUS. (Supreme Court, Appellate Division, First Department. December 11, 1903.) In the matter of Patrick W. Cullinan. In the matter of Lena Neus. M. Paskus, for appellant. H. H. Kellogg, for respondent. No opinion. Order (84 N. Y. Supp. 1075) affirmed, with $10 costs and disbursements.

CUNNINGHAM et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by William P. Cunningham and others against the city of New York. L. L. Kellogg, for appellants. C. Melien, for respondent. No opinion. Order affirmed, with costs. See 79 N. Y. Supp. 401.

CURTIS, Respondent, v. CORNELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Elmer A. Curtis against John N. H. Cornell. No opinion. Judgment and order unanimously affirmed, with costs.

In re DARRIN. (Supreme Court, Appellate Division, First Department. January 8, 1904.) In the matter of Ira G. Darrin, as receiver. H. A. Sperry, for appellant. J. E. Bullen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DAY, Respondent, v. VILLAGE OF WEST CARTHAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Hattie Day against the village of West Carthage. No opinion. Judgment and order affirmed, with costs.

DELETTE, Respondent, v. DEMING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Peter Delette against Albert W. Deming.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only. Held, that there was no sufficient proof of damages authorizing the verdict rendered.

DESMOND, Appellant, v. MURRAY LENOX LAND CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Mary K. Desmond against the Murray Lenox Land Company. C. G. F. Wahle, for appellant. B. S. Weeks, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DONOHUE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Mary Donohue against the Metropolitan Street Railway Company. B. H. Ames, for appellant. E. A. Alexander, for respondent. No opinion. Judgment and order affirmed, with costs.

DOWNING, Respondent, v. TOPPING, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Henry M. Downing against Joseph P. Topping. No opinion. Judgment affirmed, with costs.

DUFFY, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Mary F. Duffy, by guardian, etc., against the city of Lockport. No opinion. Judgment and order affirmed, with costs.

EISENHOFER v. NEW YORKER ZEITUNG PUBLISHING & PRINTING CO. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Pauline Eisenhofer against the New Yorker Zeitung Publishing & Printing Company. No opinion. Motion denied, with $10 costs.

EUSTIS v. ST. LOUIS STAMPING CO. (Supreme Court, Appellate Division, First Department. December 18, 1903.) Action by John P. Eustis against the St. Louis Stamping Company. No opinion. Motion denied. See memorandum.

EWELL, Appellant, v. KENNEDY et al., Respondents. (Supreme Court, Appellate Term. January 7, 1904.) Action by Raine Ewell against John Kennedy and others. From an order of the City Court of New York directing the clerk to tax defendants' bill of costs, and to enter judgment for defendants for the costs so taxed, plaintiff appeals. Modified. Frank C. Mebane (Isaac N. Miller, of counsel), for appellant. Atwater & Cruikshank, for respondents.
PER CURIAM. We do not think that any question of title to real property arises under the pleadings in this action to entitle the plaintiff to a full bill of costs, as claimed by him,